TRIAL COURT CASE NO. _____

§                 IN THE DISTRICT COURT
FILED IN
§              15th COURT OF APPEALS
§      _____ COUNTY, TEXAS   AUSTIN, TEXAS
§
§            5/14/2025 12:54:43 PM
§          JUDICIAL DISTRICT
      CHRISTOPHER A. PRINE
           Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

      Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

      Attorney Address:_____

      Attorney E-Mail Address: _____

      Attorney on appeal (check applicable box):

           ☐ appointed       ☐ retained       ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

      Attorney Address:_____

      Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____       By:_____(clerk's initials)